| | |
|---|---|
| 1 | NUETZEL & BLOMBERG LLP |
| | VICTORIA R. NUETZEL #115124 |
| 2 | THOMAS G. BLOMBERG, JR. #164071 |
| 3 | 2033 N. Main Street, Suite 1060 |
| | Walnut Creek, CA 94596 |
| 4 | Telephone: 925 952-4500 |
| | Facsimile: 925 952-4502 |
| 5 | |
| 6 | DAVID M. HASS MA #543227 |
| | (application for pro hac vice admission pending) |
| 7 | LAW OFFICES OF BURTON J. HASS |
| | 640 Main St. |
| 8 | Malden, MA 02148-3919 |
| | Telephone: 781 322-3900 |
| 9 | Facsimile: 781 322-1851 |
| 10 | |
| | Attorneys for Defendant and Counterclaimant |
| 11 | VERMONSTER, LLC |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNCH MARKS, LLC, | Case No.: 05-5178 BZ |
|     Plaintiff, | |
| v. | Application of Non-Resident Attorney David M. Hass to Appear Pro Hac Vice |
| VERMONSTER, LLC, | |
|     Defendant. | |
| | |
| VERMONSTER, LLC, | |
|     Counterclaimant, | |
| v. | |
| LYNCH MARKS, LLC, | |
|     Counterdefendant. | |

C05-5178-BZ
Application of Non-Resident David M. Hass to Appear Pro Hac Vice, p. 1

1    I, David M. Hass, hereby apply to the Court under Local Rule 83-2.3 for permission to

2    appear and participate in the above-entitled action on behalf of Defendant/Counterclaimant,

3    VERMONSTER LLC, by whom I have been retained.

4    My out-of-state business information is as follows:

        Firm name:   Law Offices of Burton J. Hass
        Address:     640 Main St.
                     Malden, MA 02148
        Telephone:   781 322-3900
        Facsimile:   781 322-1851

    I am a member in good standing and eligible to practice before the following courts:

        Court                                      Date of Admission
        Massachusetts Bar                          December 22, 1983
        United States District Court for the       December 1985
        District of Massachusetts

    I am not a resident of, nor am I regularly employed, engaged in business, professional or

other activities in the State of California. I am not currently suspended or disbarred in any court.

    I have concurrently, or within three (3) years of this application, never made any pro hac vice

applications to this Court.

    I designate Victoria R. Nuetzel (CA #115124) as local counsel. Attorney Nuetzel's business

information is as follows:

        Firm name:   Nuetzel & Blomberg LLP
        Address:     2033 North Main Street, Suite 1060
                     Walnut Creek, CA  94598
        Telephone:   925 952-4500
        Facsimile:   925 952-.4502

    Attorney Nuetzel is a member of this Bar of this Court, as the attorney with whom the Court

and opposing counsel may readily communicate regarding the conduct of this case, and upon whom

papers may be served.

C05-5178-BZ
Application of Non-Resident David M. Hass to Appear Pro Hac Vice, p. 2

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. P., the F.R. Crim. P. and the F.R. Evidence.

Dated: April ___, 2006

_____
David M. Hass

I hereby consent to the foregoing designation:

Dated: April ___, 2006

_____
Victoria R. Nuetzel CA #115124
Nuetzel & Blomberg LLP
2033 N. Main Street, Suite 1060
Walnut Creek, CA 94596
Telephone: 925 952-4500
Facsimile: 925 952-4502

Attorney for Defendant/
Counterclaimant Vermonster, LLC.

C05-5178-BZ
Application of Non-Resident David M. Hass to Appear Pro Hac Vice, p. 3

# ORDER

The application to appear pro hac vice as requested in the above-entitled case is hereby:

__x__        Granted.

_____        Denied and fee ordered returned.

Date:   April 17, 2006

**IT IS SO ORDERED**
*Bernard Zimmerman*
Judge Bernard Zimmerman

_____
United States District Judge/Magistrate Judge

C05-5178-BZ
Application of Non-Resident David M. Hass to Appear Pro Hac Vice, p. 4

1  I declare under penalty of perjury that the foregoing is true and correct and that I am familiar
2  with the Local Rules, the Local Criminal Rules, the F.R. Civ. P., the F.R. Crim. P. and the F.R.
3  Evidence.
4  Dated: April ___, 2006
5  
6  _____
   David M. Hass
7  I hereby consent to the foregoing designation:
8  Dated: April ___, 2006

_____
Victoria R. Nuetzel CA #115124
Nuetzel & Blomberg LLP
2033 N. Main Street, Suite 1060
Walnut Creek, CA 94596
Telephone: 925.952.4500
Facsimile: 925.952.4502

Attorney for Defendant/
Counterclaimant Vermonster, LLC.

C05-5178-BZ
Application of Non-Resident David M. Hass to Appear Pro Hac Vice, p. 3