NUETZEL & BLOMBERG LLP
VICTORIA R. NUETZEL #115124
THOMAS G. BLOMBERG, JR. #164071
2033 N. Main Street, Suite 1060
Walnut Creek, CA 94596
Telephone: (925) 952-4500
Facsimile: (925) 952-4502

SEAN ROCHE #543227 (MA)
(application for pro hac vice admission pending)
VERMONSTER, LLC
312 Stuart Street
Boston, MA 02116
Telephone: 617 792-8998
Facsimile: 617 663-6333

Attorneys for Defendant and Counterclaimant
VERMONSTER, LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNCH MARKS, LLC,<br>              Plaintiff,<br>v.<br>VERMONSTER, LLC,<br>              Defendant.<br><br>VERMONSTER, LLC,<br>              Counterclaimant,<br>v.<br>LYNCH MARKS, LLC,<br>              Counterdefendant. | Case No.: 05-5178 BZ<br><br>Application of Non-Resident Attorney Sean Roche to Appear Pro Hac Vice |

C05-5178-BZ
Application of Non-Resident Sean Roche to Appear Pro Hac Vice, p. 1

1  I, Sean Roche, hereby apply to the Court under Local Rule 83-2.3 for permission to appear and participate in the above-entitled action on behalf of Defendant/Counterclaimant, VERMONSTER LLC, by whom I have been retained.

My out-of-state business information is as follows:

    Company name:    Vermonster, LLC
    Address:    312 Stuart Street
        Boston, MA 02116
    Telephone:    617 792-8998
    Facsimile:    617 663-6333

I am a member in good standing and eligible to practice before the following courts:

| Court | Date of Admission |
|---|---|
| Massachusetts Bar | June 20, 1997 |
| United States District Court for the District of Massachusetts | July 1997 |

I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of California. I am not currently suspended or disbarred in any court.

I have not concurrently, or within three (3) years of this application, made any pro hac vice applications to this Court.

I designate Victoria R. Nuetzel (CA #115124) as local counsel. Attorney Nuetzel's business information is as follows:

    Firm name:    Nuetzel & Blomberg LLP
    Address:    2033 North Main Street, Suite 1060
        Walnut Creek, CA 94598
    Telephone:    925 952-4500
    Facsimile:    925 952-4502

Attorney Nuetzel is a member of this Bar of this Court, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

C05-5178-BZ
Application of Non-Resident Sean Roche to Appear Pro Hac Vice, p. 2

| | |
|---|---|
| 1 | I declare under penalty of perjury that the foregoing is true and correct and that I am familiar |
| 2 | with the Local Rules, the Local Criminal Rules, the F.R. Civ. P., the F.R. Crim. P. and the F.R. |
| 3 | Evidence. |
| 4 | |
| 5 | Dated: April ___, 2006 |
| 6 | _____ |
| | Sean Roche |
| 7 | |
| | I hereby consent to the foregoing designation: |
| 8 | |
| | Dated: April ___, 2006 |
| 9 | |

Dated: April ___, 2006

_____
Victoria R. Nuetzel CA #115124
Nuetzel & Blomberg LLP
2033 N. Main Street, Suite 1060
Walnut Creek, CA 94596
Telephone: 925 952-4500
Facsimile: 925 952-4502

Attorney for Defendant/
Counterclaimant Vermonster, LLC.

C05-5178-BZ
Application of Non-Resident Sean Roche to Appear Pro Hac Vice, p. 3

**ORDER**

The application to appear pro hac vice as requested in the above-entitled case is hereby:

   X        Granted.

_____        Denied and fee ordered returned.

Date: April 17, 2006

IT IS SO ORDERED
Judge Bernard Zimmerman

_____
United States District Judge/Magistrate Judge

C05-5178-BZ
Application of Non-Resident Sean Roche to Appear Pro Hac Vice, p. 4

1     I declare under penalty of perjury that the foregoing is true and correct and that I am familiar
2 with the Local Rules, the Local Criminal Rules, the F.R. Civ. P., the F.R. Crim. P. and the F.R.
3 Evidence.
4 Dated: April 11, 2006
5                                       /s/ Sean Roche
6                                       Sean Roche

7     I hereby consent to the foregoing designation:
8 Dated: April ___, 2006

10                                       Victoria R. Nuetzel CA #115124
11                                       Nuetzel & Blomberg LLP
12                                       2033 N. Main Street, Suite 1060
                                       Walnut Creek, CA 94596
13                                       Telephone: 925 952-4500
                                       Facsimile: 925 952-4502
14
15                                       Attorney for Defendant/
                                       Counterclaimant Vermonster, LLC.

28

C05-5178-BZ
Application of Non-Resident Sean Roche to Appear Pro Hac Vice, p. 3