UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTHERN CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| LYNCH MARKS, LLC,<br>       Plaintiff,<br><br>v.<br><br>VERMONSTER, LLC,<br>       Defendant.<br><hr>VERMONSTER, LLC,<br>       Counterclaimant,<br><br>v.<br><br>LYNCH MARKS, LLC,<br>       Counterdefendant. | Case No.: 05-5178 BZ<br><br>**Order on Request for Enlargement of Time** |

    Having reviewed the Stipulated Request for Order Changing Time pursuant to Civil L.R. 6-2 and Declaration of Sean Roche, it is ordered that the request to hear Vermonster's Motion to Dismiss on July 19, 2006, is:

    ✓ GRANTED

    ___ DENIED

Opposition due June 26
Reply due July 3

So ordered, June 19, 2006.

_____
Magistrate Judge Bernard Zimmerman

Stipulated Request for Order Changing Time Pursuant to Civil L.R. 6-2 and Declaration of Sean Roche, Case No. 05-5178-BZ, p. 3