1  Victoria R. Nuetzel #115124
2  Thomas G. Blomberg, Jr. #164071
   NUETZEL & BLOMBERG LLP
3  2033 N. Main Street, Suite 1060
   Walnut Creek, CA 94596
4  Telephone: (925) 952-4500
   Facsimile: (925) 952-4502
5
6  David M. Hass #543227 (MA)
   (admitted *pro hac vice*)
7  LAW OFFICES OF BURTON J. HASS
   640 Main Street
8  Malden, MA 02148-3919
   Telephone: (781) 322-3900
9  Facsimile: (781) 322-1851

Sean Roche #635577 (MA)
(admitted *pro hac vice*)
VERMONSTER, LLC
312 Stuart Street
Boston, MA 02116
Telephone: (617) 792-8998
Facsimile: (617) 663-6333

Attorneys for Defendant and Counterclaimant
VERMONSTER, LLC

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTHERN CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| LYNCH MARKS, LLC,<br>　　　　　　Plaintiff,<br><br>　　v.<br><br>VERMONSTER, LLC,<br>　　　　　　Defendant.<br>_____<br>VERMONSTER, LLC,<br>　　　　　　Counterclaimant,<br><br>　　v.<br><br>LYNCH MARKS, LLC,<br>　　　　　　Counterdefendant. | Case No.: 05-5178 BZ<br><br>**Joint Notice of Voluntary Dismissal of Complaint and Counterclaim** |

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff and Counterdefendant, Lynch Marks, LLC, and Defendant and Counterclaimant, Vermonster, LLC, voluntarily dismiss their respective claims and counterclaims in the above-captioned case with prejudice, waiving any right to appeal, and with each party bearing its own costs and attorney fees.

Respectfully submitted,

| Vermonster, LLC, by | Lynch Marks, LLC, by |
|---|---|
| David M. Hass #543227 (MA)<br>(admitted *pro hac vice*)<br>LAW OFFICES OF BURTON J. HASS<br>640 Main Street<br>Malden, MA 02148-3919<br>Telephone: (781) 322-3900<br>Facsimile: (781) 322-1851 | Brad W. Blocker #124154<br>James W. Lucey #160808<br>CARR & FERRELL LLP<br>2200 Geng Road<br>Palo Alto, CA 94303<br>Telephone: (650) 812-3474<br>Facsimile: (650) 812-3444 Fax |

Sean Roche #635577 (MA)
(admitted *pro hac vice*)
VERMONSTER, LLC
312 Stuart Street
Boston, MA 02116
Telephone: (617) 792-8998
Facsimile: (617) 663-6333

Victoria R. Nuetzel #115124
Thomas G. Blomberg, Jr. #164071
NUETZEL & BLOMBERG LLP
2033 N. Main Street, Suite 1060
Walnut Creek, CA 94596
Telephone: (925) 952-4500
Facsimile: (925) 952-4502

Joint Notice of Voluntary Dismissal of Complaint and Counterclaim, Case No.: 05-5178 BZ, p. 2

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff and Counterdefendant, Lynch Marks, LLC, and Defendant and Counterclaimant, Vermonster, LLC, voluntarily dismiss their respective claims and counterclaims in the above-captioned case with prejudice, waiving any right to appeal, and with each party bearing its own costs and attorney fees.

Respectfully submitted,

_____
Vermonster, LLC, by

David M. Hass #543227 (MA)
(admitted *pro hac vice*)
LAW OFFICES OF BURTON J. HASS
640 Main Street
Malden, MA 02148-3919
Telephone: (781) 322-3900
Facsimile: (781) 322-1851

Sean Roche #635577 (MA)
(admitted *pro hac vice*)
VERMONSTER, LLC
312 Stuart Street
Boston, MA 02116
Telephone: (617) 792-8998
Facsimile: (617) 663-6333

Victoria R. Nuetzel #115124
Thomas G. Blomberg, Jr. #164071
NUETZEL & BLOMBERG LLP
2033 N. Main Street, Suite 1060
Walnut Creek, CA 94596
Telephone: (925) 952-4500
Facsimile: (925) 952-4502

_____
Lynch Marks, LLC, by

Brad W. Blocker #124154
James W. Lucey #160808
CARR & FERRELL LLP
2200 Geng Road
Palo Alto, CA 94303
Telephone: (650) 812-3474
Facsimile: (650) 812-3444 Fax

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTHERN CALIFORNIA
SAN FRANCISCO DIVISION

LYNCH MARKS, LLC,
        Plaintiff,

v.

VERMONSTER, LLC,
        Defendant.

VERMONSTER, LLC,
        Counterclaimant,

v.

LYNCH MARKS, LLC,
        Counterdefendant.

Case No.: 05-5178 BZ

**Order of Dismissal**

    Having reviewed the Joint Notice of Voluntary Dismissal of Complaint and Counterclaim, it is ordered that Complaint and Counterclaim in the above-captioned case are dismissed with prejudice, without right to appeal, and with each party bearing its own costs and attorneys fees.

    So ordered, July __18__, 2006.

_____
Magistrate Judge Bernard Zimmerman

IT IS SO ORDERED
Judge Bernard Zimmerman